United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY RAMSEUR, derivatively on behalf of Callidus Software, Inc., <br><br>           Plaintiff, <br><br>    v. <br><br> GEORGE JAMES, et al., <br><br>           Defendants. <br> _____/ | No. C 04-4419 SI <br><br> **ORDER TO FILE JOINT STATUS STATEMENT** |

    By order dated May 20, 2005, the consolidated actions <u>In re Callidus Software, Inc. Securities Litigation</u>, No. C-04-2707 SI, were dismissed with leave to amend by June 24, 2005.  Plaintiff has decided not to file an amended complaint, and the consolidated actions have accordingly been dismissed.

    This derivative action has been suspended pending determination of the motion to dismiss in the consolidated actions.  Thus it is now necessary to develop a schedule for further events in this action.

    Accordingly, counsel in this derivative action are ORDERED to meet and confer and **to file a Joint Status Statement, no later than July 15, 2005**, informing the Court of the status of this action and proposing a schedule for discovery, motion practice and trial.

    **IT IS SO ORDERED.**

Dated: July 5, 2005

                                                                                                    SUSAN ILLSTON <br>
                                                                                   United States District Judge