IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY RAMSEUR, derivatively on behalf of Callidus Software, Inc.,<br><br>       Plaintiff,<br><br>  v.<br><br>GEORGE JAMES, et al.,<br><br>       Defendants.<br>_____/ | No. C 04-4419 SI<br><br>**ORDER SETTING STATUS CONFERENCE** |

    The Court has received the Joint Status Statement filed by the parties. The Court concurs that plaintiff shall serve discovery related to plaintiff's allegations of demand futility on or before July 29, 2005. The Court does not concur with the balance of the schedule proposed by the parties.

    Therefore, the Court directs that the parties **appear at a case management conference on Friday, August 5, 2005 at 2:30 p.m.** to discuss further scheduling in this action, at a significantly less lethargic pace than was proposed in the Joint Status Statement.

**IT IS SO ORDERED.**

Dated: July 28, 2005

                                                          SUSAN ILLSTON<br>                                                          United States District Judge