| | |
|---|---|
| 1 | WILLIAM F. ALDERMAN (State Bar No. 47381) |
|  | JAMES N. KRAMER (State Bar No. 154709) |
| 2 | M. TODD SCOTT (State Bar No. 226885) |
|  | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | The Orrick Building |
|  | 405 Howard Street |
| 4 | San Francisco, CA  94105-2669 |
|  | Telephone:    415-773-5700 |
| 5 | Facsimile:     415-773-5759 |
| 6 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY RAMSEUR, Derivatively On Behalf of CALLIDUS SOFTWARE, INC., | Case No.  C 04 4419 SI |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING ON MOTION TO DISMISS** |
| GEORGE JAMES, R. DAVID SPRENG, TERRY L. OPDENDYK, MICHAEL A. BRAUN, JOHN R. EICKHOFF, CHRISTOPHER W. CABRERA and REED D. TAUSSIG, | |
| Defendants, | |
| - and – | |
| CALLIDUS SOFTWARE, INC., a Delaware corporation, | |
| Nominal Defendant. | |

WHEREAS, the hearing date for Defendants' Motion to Dismiss is currently set for December 23, 2005,

WHEREAS, Defendants are now unable to be present on December 23, 2005, and thereby request the hearing be rescheduled to the next available date amenable to both parties,

THEREFORE, the parties hereby stipulate and request the Court to order, as follows

[PROPOSED] ORDER TO RESCHEDULE HEARING ON MOTION TO DISMISS

1.     The hearing on Defendants' Motion to Dismiss will be rescheduled from December 23, 2005, to February 10, 2006.

Dated: December 7, 2005      ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
    M. Todd Scott
    Attorneys for Defendants

Dated: December 7, 2005      SCHUBERT & REED LLP

By: _____
    Aaron H. Darsky
    Attorneys for Derivative Plaintiff

ORDER

GOOD CAUSE APPEARING, it is so ordered.

Dated: _____

*IT IS SO ORDERED*
*Judge Susan Illston*
(United States District Court, Northern District of California seal)