1 | WILLIAM F. ALDERMAN (State Bar No. 47381)
JAMES N. KRAMER (State Bar No. 154709)
2 | M. TODD SCOTT (State Bar No. 226885)
ORRICK, HERRINGTON & SUTCLIFFE LLP
3 | The Orrick Building
405 Howard Street
4 | San Francisco, CA 94105-2669
Telephone: 415-773-5700
5 | Facsimile: 415-773-5759

6 | Attorneys for Defendants

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | HENRY RAMSEUR, Derivatively On Behalf of CALLIDUS SOFTWARE, INC., | Case No. C 04 4419 SI

12

13 | Plaintiff,

14 | vs. | **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING ON MOTION TO DISMISS**

15 | GEORGE JAMES, R. DAVID SPRENG, TERRY L. OPDENDYK, MICHAEL A. BRAUN, JOHN R. EICKHOFF,
16 | CHRISTOPHER W. CABRERA and REED D. TAUSSIG,

17 | Defendants,

18 | - and –

19 | CALLIDUS SOFTWARE, INC., a Delaware corporation,
20

21 | Nominal Defendant.

22

23 | WHEREAS, the hearing date for Defendants' Motion to Dismiss is currently set for

24 | February 24, 2006,

25 | WHEREAS, Defendants are now unable to be present on February 24, 2006, and thereby

26 | request the hearing be rescheduled to the next available date amenable to both parties,

27 | THEREFORE, the parties hereby stipulate and request the Court to order, as follows

28

[PROPOSED] ORDER TO RESCHEDULE HEARING ON MOTION TO DISMISS

1. The hearing on Defendants' Motion to Dismiss will be rescheduled from February 24, 20056, to March 10, 2006.

Dated: January 24, 2006           ORRICK, HERRINGTON & SUTCLIFFE LLP

By:    /s/
M. Todd Scott
Attorneys for Defendants

Dated: January 24, 2006           SCHUBERT & REED LLP

By:    /s/
Aaron H. Darsky
Attorneys for Derivative Plaintiff

ORDER

GOOD CAUSE APPEARING, it is so ordered.

Dated: _____

IT IS SO ORDERED
Judge Susan Illston

_____
U.S. District Judge

- 2 -      [PROPOSED] ORDER TO RESCHEDULE HEARING ON MOTION TO DISMISS