United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY RAMSEUR,<br><br>    Plaintiff(s),<br><br>    v.<br><br>GEORGE JAMES, ET AL.,<br><br>    Defendant(s). | No. C-04-4419 SI (JCS)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART INDIVIDUAL DEFENDANTS' REQUEST THAT THEY BE EXCUSED FROM PERSONALLY ATTENDING AUGUST 1, 2006 SETTLEMENT CONFERENCE** |

Defendants' counsel has requested by correspondence dated July 20, 2006 [Document No. 62] that the Individual Defendants be excused from personally attending the August 1, 2006 Settlement Conference in this matter. Plaintiff's counsel has addressed, with certain objections, Defendants' request by correspondence dated July 21, 2006 [Document No. 63].

After reviewing the above-described documents, the Court ORDERS as follows:

1. A Callidus Software representative with unlimited settlement authority shall be personally present at the Settlement Conference.

2. A representative from the directors' and officers' ("D & O") liability carrier with policy limits settlement authority shall be personally present at the Settlement Conference.

3. Individual Defendants Taussig, Cabrera, and Opdendyk shall be personally present at the Settlement Conference.

4. The remaining Individual Defendants are excused from personally attending the Settlement Conference.

IT IS SO ORDERED.

Dated: July 24, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge