| | |
|---|---|
| 1 | ROBERT C. SCHUBERT (STATE BAR NO. 62684) |
|  | JUDEN JUSTICE REED (STATE BAR NO. 153748) |
| 2 | WILLEM F. JONCKHEER (STATE BAR NO. 178748) |
|  | AARON H. DARSKY (STATE BAR NO. 212229) |
| 3 | SCHUBERT & REED LLP |
|  | Three Embarcadero Center, Suite 1650 |
| 4 | San Francisco, CA 94111 |
|  | Telephone: (415) 788-4220 |
| 5 |  |
|  | Attorneys for Plaintiff Henry Ramseur, Derivatively |
| 6 | on behalf of Callidus Software Inc. |
| 7 | BRIAN J. ROBBINS (STATE BAR NO. 190264) |
|  | MARC M. UMEDA (STATE BAR NO. 197847) |
| 8 | ROBBINS UMEDA & FINK, LLP |
|  | 610 West Ash Street, Suite 1800 |
| 9 | San Diego, CA 92101 |
|  | Telephone: (619) 525-3990 |
| 10 | Facsimile: (619) 525-3991 |
| 11 |  |
|  | Attorneys for Plaintiff Brett Cashman, Derivatively |
| 12 | on behalf of Callidus Software Inc. |
| 13 | WILLIAM F. ALDERMAN (STATE BAR NO. 47381) |
|  | JAMES N. KRAMER (STATE BAR NO. 154709) |
| 14 | M. TODD SCOTT (STATE BAR NO. 226885) |
|  | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 15 | The Orrick Building |
|  | 405 Howard Street |
| 16 | San Francisco, CA 94105-2669 |
|  | Telephone: 415-773-5700 |
| 17 | Facsimile: 415-773-5759 |
| 18 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

C-04-4419 SI

| | | |
|---|---|---|
| 23 | HENRY RAMSEUR, Derivatively on behalf of CALLIDUS SOFTWARE INC., a DELAWARE CORPORATION, | **(PROPOSED) ORDER AND FINAL JUDGMENT APPROVING SETTLEMENT** |
| 25 | Plaintiff, | |
| 26 | v. | |
| 27 | GEORGE JAMES, R. DAVID SPRENG, TERRY L. OPDENDYK, MICHAEL A. BRAUN, JOHN R. EICKHOFF, | |

Ramseur v. James  C 04-4419 SI                                      (PROPOSED) ORDER AND FINAL JUDGMENT
                                                                                                           APPROVING SETTLEMENT

| | |
|---|---|
| 1 | CHRISTOPHER W. CABRERA and REED D. TAUSSIG, |
| 2 | |
| 3 | Defendants. |
| 4 | – and – |
| 5 | CALLIDUS SOFTWARE INC., a DELAWARE CORPORATION, |
| 6 | |
| 7 | Nominal Defendant. |

This matter came before the Court on October 27, 2006, pursuant to the Court's Preliminary Approval Order dated August 11, 2006, on the application of the parties for final approval of the proposed settlement (the "Settlement") of this derivative action described in the Stipulation of Settlement, dated as of August 10, 2006 and filed with the Court on August 11, 2006 (the "Stipulation").

Due and adequate Notice having been given to the shareholders of Callidus Software Inc. ("Callidus") as required by the Preliminary Approval Order, the Court having considered all papers filed in connection with the proposed Settlement and having concluded that the Settlement is fair, reasonable and adequate and in the best interests of Callidus, and good cause appearing therefor, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. This Court has jurisdiction over the subject matter of this action and over all of the parties to this action.

2. Pursuant to Rule 23.1 of the Federal Rules of Civil Procedure ("Rule 23.1"), the Court approves the Settlement described in the Stipulation, finds that in all respects the Settlement is fair, reasonable and adequate and in the best interests of Callidus, and directs the parties to perform the terms set forth in the Stipulation.

3. This action, all claims contained therein, and all claims released in paragraph 3 of the Stipulation are dismissed with prejudice. Except as otherwise provided in the Stipulation, the parties shall bear their own costs, expenses and attorney's fees.

        4.      Upon the Effective Date of the Settlement, as described in paragraph 8 of the Stipulation, Callidus, and each of its present or former shareholders to the extent they seek to sue derivatively on its behalf, shall be deemed to release and forever discharge each of the defendants and other parties described in paragraph 3 of the Stipulation from and against all Claims described in said paragraph 3. All Callidus shareholders are hereby forever barred and enjoined from prosecuting any Claims released in said paragraph 3.

        5.      The mailing and posting of the Notice in the manner described in the Preliminary Approval Order constitutes due and adequate notice under Rule 23.1 and satisfies the requirements of due process.

        6.      Jurisdiction over all matters relating to consummation of the Settlement is hereby reserved in this Court.

Dated: 10/27/06

_____
United States District Judge

Ramseur v. James  C 04-4419 SI     - 3 -     (PROPOSED) ORDER AND FINAL JUDGMENT APPROVING SETTLEMENT